UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| VEGA, | : |
| | : |
| Plaintiff, | : |
| | : 1:25-cv-2911 (ALC) |
| -against- | : |
| | : **ORDER OF REMAND** |
| NYU LANGONE HEALTH SYS., ET AL., | : |
| | : |
| Defendant. | : |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Defendant NYU Langone Health System's withdrawal of its Notice of Removal (ECF No. 11) and **REMANDS** this action back to the New York State Supreme Court, County of New York.  28 U.S.C. § 1447.  The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated:   May 1, 2025**

    **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**